1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE M. PASION,

11              Plaintiff,              No. CIV S-10-3227 GGH P

                vs.

12

13   JOHN A. HAVILAND, et al.,

14              Defendants.            ORDER FOR PAYMENT

15   _____/   OF INMATE FILING FEE

16   To:  The Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  Plaintiff will be assessed an initial filing

20   fee of $2.53.  Plaintiff will be obligated to make monthly payments in the amount of twenty

21   percent of the preceding month's income credited to plaintiff's trust account.  The California

22   Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the

23   initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the

24   amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28

25   U.S.C. § 1915(b)(2).

26   \\\\\

1

1        Good cause appearing therefore, IT IS HEREBY ORDERED that:

2        1.  There will be an initial filing fee of $2.53.

3        2.  The Director of the California Department of Corrections and Rehabilitation or

4  a designee shall collect from plaintiff's prison trust account the $347.47  balance of the filing fee

5  by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty

6  percent (20%) of the preceding month's income credited to the prisoner's trust account and

7  forwarding payments to the Clerk of the Court each time the amount in the account exceeds

8  $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by

9  the name and number assigned to this action.

10        3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

12  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

13        4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

14  Department of the court.

15  DATED: January 31, 2011

16                           /s/ Gregory G. Hollows

17                           UNITED STATES MAGISTRATE JUDGE

18  pasi3227.cdc

19

20

21

22

23

24

25

26