1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  GEORGE M. PASION,

11          Plaintiff,                No. CIV S-10-3227 GGH P

12      vs.

13  JOHN A. HAVILAND, et al.,

14          Defendants.              ORDER

15  _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17  Court has ruled that district courts lack authority to require counsel to represent indigent

18  prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19  certain exceptional circumstances, the court may request the voluntary assistance of counsel

20  pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21  <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22  does not find the required exceptional circumstances.  This case proceeds against one defendant

23  who allegedly retaliated against plaintiff.  Plaintiff alleges that the defendant told him to

24  withdraw a complaint and when plaintiff refused, he was placed in administrative segregation.

25  The facts of this case are rather straightforward and do not warrant the appointment of counsel.

26  ////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2   appointment of counsel (Docket No. 18) is denied.

3   DATED: September 13, 2011

4                                         /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

5

6   GGH: AB
    pasi3227.31

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26