**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
CAPPEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. PASION, | CASE NO: 2:10-cv-03227-GGH |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN A. HAVILAND, et al., | |
| Defendants. | |

## ORDER

Defendant CAPPEL seeks an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendant's counsel to conduct the deposition of plaintiff GEORGE M. PASION (E-16624) via video conference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1. Defendants' request to conduct plaintiff's deposition via video conference is GRANTED.

//

//

//

*Pasion v. Haviland, et al. [2:10-cv-03227-GGH]*   Order                                                Page 1

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated: November 3, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

*Pasion v. Haviland, et al. [2:10-cv-03227-GGH]*   Order                                                                 Page 2