IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE M. PASION,

      Plaintiff,                     No.  2:10-cv-3227 GGH P

   vs.

JOHN A. HAVILAND, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  The facts of the single claim in this case are rather straightforward and a fully briefed motion for summary judgment is currently pending.  If the case survives summary judgment plaintiff may refile this motion.  Plaintiff's motion for the appointment of counsel will therefore be denied without prejudice.

/////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's July 27, 2012 motion for
2   the appointment of counsel (Docket No. 45) is denied.
3   DATED: August 15, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:mp
pasi3227.31