KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant*
*R. Cappel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GEORGE M. PASION,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. CAPPEL,**<br><br>　　　　　　　　　　　Defendant. | No. 10-cv-3227 AC (PC)<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF ATTORNEYS**<br><br>Judge:　　The Honorable Allison Claire<br>Action Filed: September 6, 2012 |

TO PLAINTIFF GEORGE M. PASION AND CLERK OF COURT:

PLEASE BE ADVISED that, per Local Rule 182(g), Martha M. Stringer, Esq., is substituted by Jose A. Zelidon-Zepeda, Deputy Attorney General, as counsel for Defendant R.

/ / /

/ / /

1

1  Cappel.  The contact information for new counsel is as follows:

2
       Jose A. Zelidon-Zepeda
       Deputy Attorney General
3         455 Golden Gate Avenue, Suite 11000
       San Francisco, CA 94102
4         Telephone: (415) 703-5781
       Facsimile: (415) 703-5843
5            Email: Jose.ZelidonZepeda@doj.ca.gov

6

7                               Respectfully submitted,

8

9                               /s/ Martha M. Stringer
                             Martha M. Stringer, Esq.

10

11                              /s/ Jose A. Zelidon-Zepeda
                             Jose A. Zelidon-Zepeda, Dep. Atty. General

12

13                              /s/ R. Cappel
                             R. Cappel, Defendant

14

15
   IT IS SO ORDERED.
16
DATED: February 5, 2015
17

18                              _____
                             ALLISON CLAIRE
19                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28