UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. PASION, | No. 2:10-cv-03227 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN A HAVILAND, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the Magistrate Judge in this action pursuant to 28 U.S.C. § 636(c). ECF. Nos. 7, 22.

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. A review of the docket in plaintiff's Ninth Circuit appeal shows that plaintiff's counsel on appeal provided an updated address for plaintiff indicating that he has been released from custody and relocated to the Philippines. See Pasion v. Haviland, et al., 9th Cir. Case No. 12-16972 at ECF. No. 70. The court will therefore order plaintiff to provide his current address to this court within fourteen days of this order.

Plaintiff is advised that failure to comply with this order will result in dismissal of his case

1

1 | for failure to prosecute pursuant to Federal Rule of Civil 41(b).  Eastern District Local Rule 110
2 | provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of
3 | the Court may be grounds for imposition by the Court of any and all sanctions authorized by
4 | statute or Rule or within the inherent power of the Court."
5 |     Accordingly, IT IS HEREBY ORDERED that:
6 |     1. Plaintiff shall show good cause in writing, within fourteen days after this order is filed,
7 | for failing to notify the court of his change of address.  Prompt filing of plaintiff's current address
8 | will be deemed full compliance with this order and will discharge the order to show cause.
9 |     2. Failure to respond to this court order will result in this case being involuntarily
10 | dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.
11 |     3. The Clerk of the Court is directed to serve an additional copy of this order on plaintiff
12 | at the following address: 25 Pipit Street Villilia Village, Barangay Talipapa, Novaliches, Quezon
13 | City, Philippines 1116.
14 | DATED: February 9, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2