

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
~~PROPOSED~~ **ORDER**

George M. Pasion,

          Plaintiff(s),

v.

John A. Haviland, et al.

          Defendant(s).

Case No. 2:10-cv-3227 AC (PC)

    I, Elizabeth A. Bonner, attorney for Plaintiff George M. Pasion, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Hogan Lovells US LLP |
| Address: | Columbia Square |
| | 555 Thirteenth Street, NW |
| City: | Washington |
| State: | DC   ZIP Code: 20004-1109 |
| Voice Phone: | +1 (202) 637-2460 |
| FAX Phone: | +1 (202) 637-5910 |
| Internet E-mail: | austin.bonner@hoganlovells.com |
| Additional E-mail: | |
| I reside in City: | <u>Washington</u>   State:   <u>District of Columbia</u> |

    I was admitted to practice in the U.S. Court of Appeals for the Third Circuit on May 14, 2013, the U.S. Court of Appeals for the Ninth Circuit on September 9, 2014, and the U.S. Court of Appeals for the D.C. Circuit on October 15, 2014.  I am presently in good standing and eligible to practice in said courts.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Stacy Hovan

Firm Name:    Hogan Lovells US LLP

Address:      4085 Campbell Avenue, Suite 100

City:         Menlo Park

State:        California   ZIP Code: 94025

Voice Phone:  +1 (650) 463-4183

FAX Phone:    +1 (650) 463-4199

E-mail:       stacy.hovan@hoganlovells.com

Dated: _____         Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: MAY 26, 2015

_____
JUDGE, U.S. DISTRICT COURT

\\090334/002766 - 1203185 v1