UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. PASION,<br><br>          Plaintiff,<br><br>     v.<br><br>HAVILAND, et al.,<br><br>          Defendants. | No.  2:10-cv-3227 AC P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

On May 7, 2015, plaintiff was ordered to serve defendant McGuire no later than July 6, 2015. ECF No. 76. On June 26, 2015, Dalton Larry McGuire filed a letter, which the court construes as a motion to quash,[1] in which he states that he is not the D. McGuire named in the complaint, as he has never worked at the Solano State Prison, and that he advised plaintiff's counsel of this fact but has yet to receive confirmation that he was served in error. ECF No. 84. Plaintiff has not responded and will now be ordered to respond. The response must also address the proof of service filed on July 6, 2015, that appears to have been served on a different D. McGuire. ECF No. 86. Plaintiff must clarify whether the proof of service is in fact for service of

---

[1] The letter was originally designated as an answer to the complaint on the docket.

1

1 the summons on a different individual than the Dalton McGuire who filed the motion to quash. A
2 deadline for defendant McGuire to answer the complaint will be set, if necessary, once the motion
3 to quash has been ruled on and clarification has been provided as to whether the Dalton McGuire
4 who filed the motion to quash and the D. McGuire whose proof of service was filed are different
5 individuals.
6     Accordingly, IT IS HEREBY ORDERED that plaintiff shall respond to the motion to
7 quash (ECF No. 84), as set forth above, within seven days of this order.
8 DATED: July 27, 2015.

              /S/
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2