UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. PASION, | No.  2:10-cv-3227 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN A. HAVILAND, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the court is Dalton McGuire's motion to quash. ECF No. 84.

In his motion, Mr. McGuire states that he is not the D. McGuire named in the complaint and that he has never worked at the Solano State Prison. ECF No. 84.  Plaintiff has responded that the summons served on Mr. McGuire was served in the mistaken belief that Mr. McGuire was the D. McGuire in the complaint. ECF No. 90.  He agrees that Dalton McGuire is not a party to this case and the summons issued to him should be quashed.  Id. at 2.  Plaintiff also states that the notice of service filed with the court (ECF No. 86) was served on David McGuire, who is the correct defendant.  Id.  Based on the foregoing, the court will quash the summons served on Dalton McGuire and set a deadline for David McGuire to answer the complaint.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Dalton McGuire's motion to quash (ECF No. 84) is granted and the summons served on Dalton McGuire is quashed.

2. Defendant David McGuire shall respond to plaintiff's third amended complaint within twenty-one days of the filing of this order.

DATED: July 28, 2015

_____/S/ Allison Claire_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2