1  Stacy Hovan (Bar No. 271485)
   HOGAN LOVELLS US LLP
2  4085 Campbell Avenue, Suite 100
   Menlo Park, California  94025
3  Telephone:     (650) 463-4000
   Facsimile:     (650) 463-4199
4  stacy.hovan@hoganlovells.com

5  Michael J. Shepard (Bar No. 91281)
   Samuel R. Welch (Bar No. 300596)
6  HOGAN LOVELLS US LLP
   3 Embarcadero Center, Suite 1500
7  San Francisco, CA  94111
   Telephone:     (415) 374-2300
8  Facsimile:     (415) 374-2499
   michael.shepard@hoganlovells.com
9  samuel.welch@hoganlovells.com

10 Attorneys for Plaintiff
   GEORGE M. PASION
11

12                      UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

15 GEORGE M. PASION,                     Case No.  10-cv-3227 TLN AC (PC)

16          Plaintiff,                   **ORDER GRANTING *EX PARTE***
                                         **REQUEST FOR INITIAL EXTENSION**
17 v.                                    **OF TIME**

18 JOHN A. HAVILAND, et al.,             Trial Date:   May 1, 2017
                                         Action Filed: December 2, 2010
19          Defendant.

20

21

22

23

24

25

26

27

28
                                                      [PROPOSED] ORDER
HOGAN LOVELLS US                         CASE NO. 10-CV-3227 TLN AC (PC)
      LLP
ATTORNEYS AT LAW
 SILICON VALLEY

1   The Court, having considered Plaintiff George M. Pasion's *ex parte* request for an initial

2   extension of time and the supporting Declaration of Stacy Hovan, HEREBY ORDERS that the

3   parties are granted an extension of seven (7) days from the date of this order to address the

4   deadlines and issues discussed in this Court's Minute Order from June 27, 2015.  *See* Dkt.

5   No. 119.

6

7   Dated:  July 28, 2016

8   _____
    KENDALL J. NEWMAN

9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. 10-CV-3227 TLN AC (PC)

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SILICON VALLEY