Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
stacy.hovan@hoganlovells.com

Michael J. Shepard (Bar No. 91281)
Samuel R. Welch (Bar No. 300596)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499
michael.shepard@hoganlovells.com
samuel.welch@hoganlovells.com

Attorneys for Plaintiff
GEORGE M. PASION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE M. PASION,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN A. HAVILAND, et al.,<br><br>       Defendant. | Case No.  10-cv-3227 TLN AC (PC)<br><br>**JOINT REQUEST FOR EXTENSION OF TIME**<br><br>Trial Date:  May 1, 2017<br>Action Filed: December 2, 2010 |

Plaintiff George M. Pasion and Defendants Captain Cappel and Lieutenant McGuire, by and through counsel, hereby jointly request that the Court alter the deadlines discussed in this Court's Minute Order from June 27, 2016 for the reasons set forth below:

1. On June 27, 2016, the parties held a settlement conference before Magistrate Judge Kendall Newman. (Dkt. No. 119). The parties reached agreement on the terms to settle the case. (*Id.*)

2. The Court's June 27, 2016 Order required that a dismissal be filed by no later than July 27, 2016. (*See* Dkt. No. 119).

3. On July 27, 2016, the parties had not yet executed a settlement agreement, and Plaintiff filed an ex parte request for a seven day extension of time to file a Notice of Dismissal. (Dkt. No. 120).

4. On July 28, 2016, the Court granted that request (Dkt. No. 122), extending the deadline to August 4, 2016.

5. The parties have been actively engaged in negotiating the terms of the settlement agreement. The parties have agreed to stay the case pending payment of the settlement amount. The parties have agreed that, once Defendants sign the Settlement Agreement that Plaintiff has signed, Defendants will file a Notice of Execution of Settlement Agreement. That Notice requests that the Court toll all case deadlines for 180 days, during which time Defendants will deliver a check for the full settlement amount to Plaintiff's counsel. Plaintiff will consent to the filing of a Stipulation for Voluntary Dismissal once Defendants have delivered the settlement check.

6. If Defendants have not executed the Settlement Agreement by August 11, 2016, they will prepare and file a request for extension setting forth the reasons they have not executed the Settlement Agreement and file it on that date.

Accordingly, pursuant to Local Rule 143 and 144, the Parties jointly request that the Court grant the relief requested herein.

DATED: August 4, 2016            HOGAN LOVELLS US LLP

                                 By: */s/ Samuel R. Welch*
                                     Samuel R. Welch
                                     Attorney for Plaintiff
                                     GEORGE M. PASION

DATED: August 4, 2016            By: */s/ Joseph Wheeler*
                                     Joseph Wheeler
                                     Attorney for Defendants
                                     CAPTAIN CAPPEL
                                     LIEUTENANT McGUIRE

I, Samuel R. Welch, attest that Joseph Wheeler, counsel for Defendants, has read and approved the JOINT REQUEST FOR EXTENSION OF TIME and consents to its filing in this action.

                                 */s/ Samuel R. Welch*
                                 Samuel R. Welch

**ORDER**

Pursuant to the foregoing joint request of the parties, the parties are granted seven days to file a Notice of Execution of Settlement Agreement.

If Defendants have not executed the Settlement Agreement by August 11, 2016, they will prepare and file a request for extension setting forth the reasons they have not executed the Settlement Agreement and file it on that date.

IT IS SO ORDERED.

Dated: August 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE